UNITED STATES of America,
Plaintiff—Appellee,

v.

Alfredo RIVERA–PRECIADO,
Defendant—Appellant.

No. 08–50028.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 16, 2009.*

Filed July 1, 2009.

Andrew George Schopler, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff-Appellee.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Alfredo Rivera–Preciado appeals from the amended judgment entered, following a limited remand to correct a clerical error in the judgment, pursuant to *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062–63 (9th Cir.2000). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Rivera–Preciado raises the same foreclosed contentions that we previously rejected in his first appeal. Under the law of the case doctrine, this court is precluded from reconsidering an issue that it has already decided. *See United States v. Thrasher*, 483 F.3d 977, 981 (9th Cir.2007). Accordingly, we decline to address the contentions.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.